STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBONG EDEM AKPAN,<br><br>             Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, *et al.,*<br><br>             Defendants. | C 3:22-cv-07488 MMC<br><br>**PARTIES' STIPULATION TO DISMISS; [PROPOSED] ORDER** |

      The parties, by and through their undersigned attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice given that USCIS adjudicated Plaintiff's Form I-485, Application to Adjust Status.

      Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: March 3, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: March 1, 2023

  /s/ Haitham Ballout
HAITHAM BALLOUT
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   March 6, 2023

MAXINE M. CHESNEY
United States District Judge